IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| FREDERICK BANKS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | Civil Action No. 2:19-cv-942 |
| | ) | |
| v. | ) | Senior Judge Nora Barry Fischer |
| | ) | Magistrate Judge Patricia L. Dodge |
| ED LEA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

On June 28, 2019, the Court received a petition for a writ of habeas corpus from the petitioner, Frederick Banks ("Banks"), who is subject to vexatious-litigant orders and did not receive the required authorization to file this lawsuit. This case was referred to a United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On August 16, 2019, the magistrate judge issued a Report and Recommendation (ECF No. 9) in which she recommended that this case and the motion for leave to proceed *in forma pauperis* (ECF No. 4) be dismissed because Banks did not receive authorization to file this lawsuit, as required by the vexatious-litigant orders.

Banks's objections to the Report and Recommendation were due by September 3, 2019. He did not file any objections. After *de novo* review of the petition and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of September, 2019;

IT IS HEREBY ORDERED that this case and the motion for leave to proceed *in forma pauperis* (ECF No. 4) are dismissed because Banks did not receive authorization to file this lawsuit, as required by the vexatious-litigant orders. The Report and Recommendation (ECF

1

No. 9) of Magistrate Judge Patricia L. Dodge, filed on August 16, 2019, is adopted as the opinion of the court.

The Clerk is directed to mark this case CLOSED.

/s/ Nora Barry Fischer
Nora Barry Fischer
United States Senior District Judge

cc: Frederick H. Banks
DOC & POD Number 120759, 2F
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 15219-3100 (via first class mail)